UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14038-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MITCHELL A. ELLIS**,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 57].  On June 7, 2022, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 52] during which Defendant pled guilty to Count One of the Indictment [ECF No. 1 (sole count)] pursuant to a conditional written plea agreement and stipulation of facts [ECF Nos. 53, 54].  Defendant reserves his right to appeal the District Court's Order Denying Defendant's Motion to Suppress [ECF No. 51], and both parties agree that, should the Defendant prevail on appeal, he shall be allowed to withdraw his plea of guilty to the Indictment.  Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 57].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

CASE NO. 22-14038-CR-CANNON

1. The Report and Recommendation [ECF No. 57] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Mitchell A. Ellis as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Mitchell A. Ellis is adjudicated guilty of the sole count of the Indictment, which charges him with felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of June 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record